# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN CECIL, on behalf of himself and all other similarly situated, | ) ) |
| Plaintiff(s) | ) ) |
| | ) Case No.    CIV-16-410-RAW |
| v. | ) |
| | ) Date:   February 14, 2017 |
| BP AMERICA PRODUCTION COMPANY, | ) Start Time: 1:02 PM End Time: 1:30 PM |
| Defendant(s). | |

### MINUTE SHEET - STATUS AND SCHEDULING CONFERENCE

| Ronald A. White, Judge | L. Leake, Deputy Clerk | K. Sidwell, Court Reporter (Courtroom 2) |
|---|---|---|

**Counsel for Plaintiff**:   Reagan E. Bradford and Rex A. Sharp
**Counsel for Defendant**:   Mark D. Christiansen, Charles D. Neal, Jr., Michael F. Smith and Christopher Scaperlanda

**Minutes:**
Court noted Defendant's Motion to Dismiss and Brief in Support was still pending however the Court was not prepared to hear argument on the motion as it just recently came at issue. Court advised it wished to give full disclosure that it had relative that worked for the McAfee & Taft law firm. No objection by the parties at this time as to any conflict of interest. Court inquired as to facts and circumstances surrounding case. Counsel responded. Court addressed issues surrounding possible bifurcation of discovery. Plaintiff responded advising wished for bifurcation of schedule and that counsel was working together as to the issues surrounding discovery. Defendant concurred with plaintiff's announcement. Court made further inquiry as to what discovery had been completed thus far and counsel responded. Court addressed proposed scheduling order submitted by counsel and counsel responded as to their reasoning for some of the deadlines suggested. **Court directed parties to resubmit proposed scheduling order with modifications addressed by the Court no later than 2/22/2017. Court specifically directed proposed schedule to allow for oral argument/evidentiary hearing to be held in November, 2017.** Defendant made additional inquiry about oral argument/evidentiary hearing. Court directed parties to file something concurrent with the filing of the last pleading advising the Court as to the type of hearing they deem appropriate for Court to conduct in November. Court asked about use of expert witnesses and deadlines required and counsel responded stating they would incorporate those deadlines in proposed scheduling order. Court advised of its practice in handling discovery disputes. Court asked if the counsel thought an early settlement conference might be helpful and counsel responded they did not think one would be productive at this time.

____   The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: \*\*.