## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN CECIL, on behalf of himself and all similarly situated royalty owners<br><br>        Plaintiff,<br><br>v.<br><br>BP AMERICA PRODUCTION COMPANY (including affiliated predecessors and affiliated successors),<br><br>        Defendant. | Civil Action No. 16-CV-410-RAW |

## AGREED SCHEDULING ORDER

The parties have agreed to this order and, there being good cause,

IT IS HEREBY ORDERED pursuant to Fed. R. Civ. P. 16 that the deadlines described below shall control until a ruling on the plaintiffs' motion for class certification.

| Event | Schedule |
|---|---|
| Motions to join additional parties or to otherwise amend the pleadings | April 3, 2017 |
| Documents previously produced by parties shall be deemed authenticated except as to those objected to | July 6, 2017 |
| Class Certification Motion filed with all supporting evidence, including expert disclosures | August 17, 2017 |
| Class Certification Response filed with all supporting evidence, including expert disclosures | October 10, 2017 |
| Class Certification Reply filed with any rebuttal evidence, including rebuttal expert disclosures, if any | November 7, 2017 |
| Class Certification Discovery Cutoff | November 1, 2017 |
| Class Certification Hearing | November 15, 2017 |

| | |
|---|---|
| The parties will seek agreement on dates for the exchange of witness lists and identification of exhibits, and will seek guidance from the Court if they are unable to reach agreement on those matters | |

IT IS SO ORDERED.

Dated this 23rd day of February, 2017

_____

UNITED STATES DISTRICT JUDGE