IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN CECIL, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 16-CV-00410-KEW |
| vs. | |
| BP AMERICA PRODUCTION COMPANY (f/k/a Amoco Production Company) (including BP Amoco Corporation, ARCO, BP Exploration, Inc., BP Corporation North America, Inc., and BP Energy Company), | |
| Defendant. | |

## ORDER

Plaintiff's Motion to Authorize Distribution of Settlement Funds to Pay Settlement Litigation and Administration Expenses [Doc. No. 279] is **GRANTED.** Accordingly, the court authorizes the distribution of funds from the Escrow Account to the Lanier Law Firm, P.C. in the amount of $32,512.64; to Rex A. Sharp, P.A. in the amount of $22,573.20; and to Daniel T. Reineke in the amount of $45,587.50.

IT IS SO ORDERED.

Dated this 22nd day of January, 2019.

_____
Kimberly E. West
UNITED STATES MAGISTRATE JUDGE